UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TANIA M. MARTIN-MERCADO | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-743-SDJ |
| | § | |
| WELLS FARGO BANK, N.A., ET AL. | § | |
| | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 1, 2023, the Report of the Magistrate Judge, (Dkt. #11), was entered containing proposed findings of fact and recommendation that Plaintiff's Verified Motion for Ex Parte Temporary Restraining Order and Permanent Injunction, (Dkt. #7),[1] be denied as moot.

This Court has reviewed the Magistrate Judge's proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings, Conclusions, and a Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

---

[1] As the Report notes, Plaintiff styles her TRO Motion, (Dkt. #7), as one made "ex parte." However, attached to the TRO Motion, (Dkt. #7), is a Certificate of Service and Certificate of Conference, in which Plaintiff represents that she served the TRO Motion (and attempted to confer with UMB and Rushmore.

It is therefore **ORDERED** that Plaintiff's Verified Motion for Ex Parte Temporary Restraining Order and Permanent Injunction, (Dkt. #7), is **DENIED** as moot.

**So ORDERED and SIGNED this 16th day of August, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE